1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 KIM ALLEN LA CHAPPELLE,

11         Petitioner,            2:07-cv-0836-GEB-GGH-P

12    vs.

13 ADAMS,

14         Respondent.            ORDER
15 _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17 habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States
18 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.
19         On August 7, 2007, the magistrate judge filed findings and recommendations
20 herein which were served on petitioner and which contained notice to petitioner that any
21 objections to the findings and recommendations were to be filed within twenty days.  On August
22 20, 2007, petitioner filed objections to the findings and recommendations.  In the objections,
23 petitioner states that he is clarifying dates discussed in the finding and recommendations.  The
24 clarification of these dates does not materially alter the analysis in the findings and
25 recommendations.  Petitioner also indicates that he does not object to the magistrate judge's
26 recommendations.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2007, are adopted in full; and

2. This action is administratively stayed pending petitioner's exhaustion of state court remedies.

Dated:  August 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge