IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM ALLEN LA CHAPPELLE,** | CIV S-07-0836 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ADAMS, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on June 15, 2008.

Dated: 06/12/08        /s/ Gregory G. Hollows
                       United States Magistrate Judge

lach836.eot

1