IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM ALLEN LA CHAPPELLE,

    Petitioner,                    No. CIV S-07-0836-GEB-GGH P

    vs.

ADAMS,

    Respondent.               ORDER

_____/

        Petitioner has requested an extension of time to file objections to the motion to dismiss. Respondent did not file a motion to dismiss. On June 13, 2008, respondent filed an answer to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 3, 2008 request for an extension of time (Docket #20) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a reply to respondent's answer to the petition.

DATED: 07/14/08

                            /s/ Gregory G. Hollows

                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

GGH:cm
lach0836.111