UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| KIM ALLEN LA CHAPPELLE,<br><br>        Petioner,<br><br>    v.<br><br>D.G. ADAMS,<br><br>        Respondent. | CASE NO. C07-836JLR<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

This matter comes before the court for the limited purpose of granting or denying a certificate of appealability under 28 U.S.C. § 2253(c). Mr. La Chappelle seeks to appeal the court's June 1, 2009 order denying his 28 U.S.C. § 2254 habeas corpus petition. For the reasons stated below, the court DENIES Mr. La Chappelle a certificate of appealibility.

Among the substantial changes to federal habeas corpus procedure in the Antiterrorism and Effective Death Penalty Act of 1996 is a rule that a habeas petitioner

ORDER- 1

1  can appeal the denial of a 28 U.S.C. § 2254 petition only after obtaining a "certificate of
2  appealability." 28 U.S.C. § 2253(c).  Although the statute is ambiguous, the Ninth
3  Circuit has held that a United States District Court may issue a certificate of
4  appealability.  *United States v. Asrar*, 116 F.3d 1268, 1269 (9th Cir. 1997).  A court may
5  issue a certificate of appealability only if the "applicant has made a substantial showing
6  of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The Supreme Court has
7  elaborated that a petitioner must show that "reasonable jurists could debate whether . . .
8  the petition should have been resolved in a different manner or that the issues presented
9  were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529
10 U.S. 473, 484 (2000) (quotations omitted).

     Here, Mr. La Chappelle has not made a substantial showing of the denial of a
constitutional right.  The court therefore declines to grant a certificate of appealibility to
Mr. La Chappelle.

     Dated this 21st day of December, 2009.

                                              JAMES L. ROBART
                                              United States District Judge

ORDER- 2